**Charles E. Smith, appellee, v. Frank C. Bellrose, appellant. Gen. No. 6,446.**

Assumpsit to recover royalties on sand removed under provisions of lease. Judgment for plaintiff. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed July 25, 1918. Rehearing denied October 9, 1918.

Browne & Wiley and H. M. Kelly, for appellant. L. W. Brewer and Butters & Clark, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**Hugo Albert Weskalnies, appellant, v. John F. Hesterman, sheriff, appellee. Gen. No. 6,438.**

Replevin to recover goods taken under execution. Judgment for defendant. Appeal from the Circuit Court of DuPage county; the Hon. Mazzini Slusser, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed July 25, 1918. Rehearing denied and opinion modified and refiled October 9, 1918.

Bunge & Harbour, for appellant. Joseph Reuss and Mighell, Gunsul & Allen, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Emma Seidel, appellee, v. Harry Rosenblum, appellant. Gen. No. 6,576.**

Action to recover purchase price of goods sold. Judgment for plaintiff. Appeal from the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed July 25, 1918. Rehearing denied October 9, 1918.

E. V. Orvis, for appellant. A. F. Beaubien, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Anna Berg, appellee, v. Moline Consumers Company, appellant. Gen. No. 6,567.**

Action by pedestrian to recover for personal injuries sustained by being struck by a motor truck. Judgment for plaintiff for $1,999.99. Appeal from the City Court of Moline; the Hon. G. O. Dietz, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 10, 1918. Rehearing denied November 13, 1918. *Certiorari* denied by Supreme Court (making opinion final).

Shallberg & Harper, for appellant. W. R. Moore, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.